# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-cr-00296-DME-01

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

BYRON VENTURA-PEREZ,

    Defendant.

## ORDER TERMINATING SUPERVISION UNSUCCESSFULLY

THIS MATTER comes to the attention of the Court upon a request by the probation officer to unsuccessfully terminate the defendant's supervision. On August 7, 2012, the defendant was released from the Bureau of Prisons and subsequently deported to Guatemala on August 29, 2012. On December 5, 2012, the defendant was arrested in Corpus Christi, Texas, and charged in the United States District Court for the Southern District of Texas with Illegal Reentry. On March 28, 2013, the defendant was sentenced in the Southern District of Texas to 37 months imprisonment with no supervision to follow. Upon review of the files and records herein, and the request by the probation officer, the Court

ORDERS that the defendant's term of supervised release be terminated immediately for unsatisfactory compliance.

DATED at Denver, Colorado, this 15th day of April, 2013.

                BY THE COURT:

                David M. Ebel
                Senior Circuit Judge